IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS<br>*ex rel.* LISA MADIGAN, Attorney<br>General of the State of Illinois,<br><br>Plaintiff,<br><br>vs.<br><br>AKZO NOBEL COATINGS, INC., (f/k/a<br>Reliance Universal, Inc.), a Delaware<br>corporation, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.   3:06-cv-50115 |

**NOTICE OF TERMINATION OF CONSENT DECREE**

Comes now Plaintiff and Performing Settling Defendants (PSDs, as listed on Appendix A hereto), by counsel, and pursuant to paragraph 156 of the Consent Decree entered in this matter hereby jointly file this Notice of Termination of Consent Decree.

In support of this Notice the parties state as follows:

1. On February 20, 2009, the Court approved the Consent Decree and entered it as a final judgement. The Consent Decree required the PSDs to prepare, submit and implement a Remedial Action Work Plan to address contamination at the facility commonly known as the Acme Solvents site.

2. On October 27, 2014, the PSDs submitted a Remedial Action Completion Report (RACR) to the Illinois Environmental Protection Agency (Illinois EPA) in accordance with paragraph 98(a) of the Consent Decree.

3. On September 23, 2015, the Illinois EPA approved the RACR, constituting its Certificate of Completion pursuant to paragraph 98(b) of the Consent Decree.

4. All invoices for oversight costs due to Illinois EPA and the Illinois Attorney General received by the PSDs pursuant to paragraph 102 of the Consent Decree have been paid.

5. More than twelve months have elapsed since completion of the approved remedial action as documented in the October 27, 2014 RACR. The PSDs have completed all actions required by the Consent Decree, and have been in continuous compliance with the terms of the Consent Decree for the twelve months preceding this request.

6. On May 24, 2016, the PSDs submitted a Notification of Final Compliance and Request to Terminate Consent Decree to the Illinois EPA and the Illinois Attorney General, including Certifications of Completion in accordance with paragraph 155 of the Consent Decree.

**WHEREFORE,** the Plaintiffs and PSDs agree that the Consent Decree shall be and hereby is terminated. As provided under paragraph 157 of the Consent Decree, the provisions of Section IX (Access and Institutional Controls), Section XXI (Covenants Not to Sue by Plaintiff), Section XXII (Covenants by Settling Defendants), Section XXIII (Effect of Settlement; Contribution Protection), Section XXV (Retention of Records), Section XXVI (Notices and Submissions), Section XXVIII (Retention of Jurisdiction), and Section XXXI (Modification) shall survive and shall not be subject to and are not affected by the termination of any other provision(s) of the Consent Decree.

FOR THE PLAINTIFF:

PEOPLE OF THE STATE OF ILLINOIS
*ex rel.* LISA MADIGAN, Attorney General
of the State of Illinois

MATTHEW J. DUNN, Chief
Environmental Enforcement/
Asbestos Litigation Division

BY: *Elizabeth Wallace*
ELIZABETH WALLACE, Chief
Assistant Attorney General
Environmental Bureau

DATE: 3/14/17

ILLINOIS ENVIRONMENTAL
PROTECTION AGENCY

ALEC MESSINA, Director
Illinois Environmental Protection Agency

BY: *[signature]*
JOHN J. KIM
Chief Legal Counsel

DATE: 3/13/17


FOR PERFORMING SETTLING DEFENDANTS:

BY: _____
EDWARD MAHER, Liaison Counsel
Guyer & Enichen, PC
2601 Reid Farm Road, Suite B
Rockford, IL 61114
815-636-9600

DATE: _____

3

FOR THE PLAINTIFF:

PEOPLE OF THE STATE OF ILLINOIS
*ex rel*. LISA MADIGAN, Attorney General
of the State of Illinois

MATTHEW J. DUNN, Chief
Environmental Enforcement/
Asbestos Litigation Division

BY: _____
    ELIZABETH WALLACE, Chief
    Assistant Attorney General
    Environmental Bureau

DATE: _____

ILLINOIS ENVIRONMENTAL
PROTECTION AGENCY

ALEC MESSINA, Director
Illinois Environmental Protection Agency

BY: _____
    JOHN J. KIM
    Chief Legal Counsel

DATE: _____

FOR PERFORMING SETTLING DEFENDANTS:

BY: _____
    EDWARD MAHER, Liaison Counsel
    Guyer & Enichen, PC
    2601 Reid Farm Road, Suite B
    Rockford, IL 61114
    815-636-9600

DATE: 3-7-17

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS *ex rel.* LISA MADIGAN, Attorney General of the State of Illinois, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) No.   06-cv-50115<br>) |
| AKZO NOBEL COATINGS, INC., (f/k/a Reliance Universal, Inc.), a Delaware corporation, *et al.* | )<br>)<br>)<br>) |
| Defendants. | ) |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on March 14, 2017, the Notice of Termination of Consent Decree was filed electronically. I also certify that on March 14, 2017, service of a true and correct copy of the foregoing document was served upon each of the Defendants of record named in the Complaint by ECF or by first class U.S. mail, postage prepaid.

S/Elizabeth Wallace
ELIZABETH WALLACE, Chief
Environmental Bureau
Assistant Attorney General
Office of the Illinois Attorney General
69 West Washington Street, 18th Floor
Chicago, IL  60602
(312) 814-5396
ewallace@atg.state.il.us
Attorney # 6202286

G:\Environmental Enforcement\BETH\Acme\Pleadings\CSandNoticeofTermination 03 14 17.doc